[No. 8867.]

## TANNER ET AL. V. CARLSON ET AL.

*Error to Denver District Court.* HON. GEORGE W. ALLEN, Judge.

Mr. LUTHER M. GODDARD, Mr. HARRIE M. HUMPHREYS, and Messrs. McMULLIN & STERNBERG, for plaintiffs in error.

Hon. FRED FARRAR, Attorney General, Mr. WENDELL STEPHENS, Assistant Attorney General, Mr. EDWARD C. STIMSON, and Mr. P. M. BRERETON, for defendants in error.

*Per Curiam.*

The plaintiffs in error by writ of *certiorari* sought to have revoked an order of a board consisting of the Governor, Attorney General and State Treasurer, commanding the State Bank Commissioner to issue authority for a second bank at Collbran, in Mesa county. The court quashed the writ and dismissed the action. Plaintiffs bring the case here for review, and pray that the writ of error be made a supersedeas. We are of opinion that the board had the right to make the order, for which reason the application for a supersedeas will be denied and the judgment affirmed.

Decision *en banc.*                                      *Affirmed.*

GABBERT, C. J., and BAILEY, J., dissent.